## 49137. GROSSMAN v. ASSOCIATED INDEMNITY COMPANY et al.

QUILLIAN, Judge.
The evidence in this workmen's compensation case would have authorized an award granting or denying compensation. However, the board having denied compensation and there being some evidence to support this finding the judgment of the superior court affirming the award can not be reversed. *Rivers v. Travelers Ins.*

*Co.,* 93 Ga. App. 779 (92 SE2d 818).
  *Judgment affirmed. Bell, C. J., and Clark, J., concur.*

ARGUED MARCH 4, 1974 — DECIDED MARCH 15, 1974 —
REHEARING DENIED MARCH 29, 1974.

  *Harris, Watkins, Taylor & Davis, Joseph H. Chambless,* for appellant.
  *Smith, Cohen, Ringel, Kohler, Martin & Lowe, Williston C. White,* for appellees.